UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO. 2:24-MJ-1137-BO

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JORGE M. PEREZ MATIAS | ) | |

This matter comes now before this Court on motion of the United States, by and through the United States Attorney, to accept the forfeiture of collateral and close this matter as fully satisfied.

For good cause shown, the Court hereby GRANTS the government's motion and ORDERS the clerk to close the matter as fully satisfied as the forfeiture of collateral was paid in full.

So ORDERED, this 23 day of January, 2025.

*Terrence Boyle*
TERRENCE W. BOYLE
United States District Judge

SCANNED